SARA WEISMAN, as Guardian ad Litem of SHIRLEY WEISMAN, an Infant, et al., Respondents, *v.* CAMP BEECHER, INC., Appellant.

Submitted October 9, 1945; decided November 29, 1945.

*Clarence S. Zipp, Paul D. Carrigg* and *Daniel Miner* for appellant.

*Samuel Weisman* and *Harry Goodman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.